IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

REGINALD DEAN ROBINSON                                          PLAINTIFF

v.                          No. 4:21-cv-865-DPM

ARKANSAS STATE HOSPITAL;
KEITH SCOGGINS, CEO, Arkansas
State Hospital; STEVEN DOMON,
Director of the Facility, Arkansas State
Hospital; and MARTIN AULT, Registered
Nurse, Arkansas State Hospital                                  DEFENDANTS

ORDER

Robinson has amended his complaint. *Doc. 5.* The Court must screen it, 28 U.S.C. § 1915(e)(2), to determine whether the amended complaint cures the pleading problems that the Court identified in his original complaint. *Doc. 4.* It does not. The Court warned Robinson that, in order to succeed on any individual capacity failure-to-protect claim against front-line staff, he must name them and state specifically what each failed to do. *Doc. 4 at 2.* Robinson again says was sexually assaulted and he told staff after the fact, but he does not say who he told. Instead, he simply says Ault was the "CN in charge and responsible for the unit staff." *Doc. 5 at 5.* Ault may have supervised the unit staff but, absent pleaded facts showing that Ault knew about a pervasive risk of harm and failed to respond reasonably to that risk,

Ault is immune from suit. *Vandevender v. Sass*, 970 F.3d 972, 977 (8th Cir. 2020). The same is true for both Scoggins and Domon who are immune from suit for any constitutional violations of their employees unless pleaded facts demonstrate that they either directly participated in the violation or tacitly participated in the violation by failing to supervise or train their employees. *Barton v. Tabor*, 908 F.3d 1119, 1125 (8th Cir. 2018). Without such a showing, which Robinson does not make, no supervisor liability exists. *Tlamka v. Serrell*, 244 F.3d 628, 635 (8th Cir. 2001).

Again, Robinson's official capacity claims and claims against the Hospital fail as a matter of law, *Doc. 4*. Robinson's individual capacity claims are factually unsupported and do not demonstrate supervisory liability. His amended complaint will be dismissed without prejudice.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

6 January 2022