IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

REGINALD DEAN ROBINSON                                        PLAINTIFF

v.                           No. 4:21-cv-865-DPM

ARKANSAS STATE HOSPITAL;
KEITH SCOGGINS, CEO, Arkansas
State Hospital; STEVEN DOMON,
Director of the Facility, Arkansas State
Hospital; and MARTIN AULT, Registered
Nurse, Arkansas State Hospital                               DEFENDANTS

## JUDGMENT

Robinson's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 January 2022